**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MASSMANN & ASSOCIATES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:25-cv-00378 |
| | ) | |
| WEIHE ENGINEERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO REMAND**

This matter was set for trial in St. Louis County on April 7, 2025. Pending before the Circuit Court of St. Louis County were four motions:

1. Plaintiff's Motion for Sanctions;
2. Plaintiff's Motion to Strike Jury Demand;
3. Plaintiff's Motion to Quash and for a Protective Order; and
4. Third Party Civil Design, Inc.'s Motion to Quash.

These motions were all set to be heard in three days, on March 28, 2025, at the final pretrial conference in this matter. *See* Docket, Exhibit A.

In a bad faith attempt to avoid the motions hearing and the impending trial, Defendant Weihe Engineers, Inc. and its counsel have removed this case to federal court without any legal basis. Plaintiff Massmann & Associates, LLC respectfully requests the Court to remand this case back to state court immediately and impose attorneys' fees and sanctions on Defendant and its counsel.

In its Petition, Plaintiff expressly stated that its sought compensatory damages based on the failure to make thirteen payments of $5,000. Plaintiff expressly stated that it would not seek

damages in excess of $75,000. After Plaintiff made a global demand to resolve all disputes between the parties, Defendant improperly used this as a basis to remove the case with the intent to disrupt and delay the state court litigation. The global demand did not change the amount in controversy in this case, and this case must be remanded.

**CONCLUSION**

For the reasons stated above and in the accompanying memorandum of law, Plaintiff respectfully requests the Court to immediately remand this case to state court and to issue a show cause order to Defendant and its counsel.

Respectfully submitted,

KHAZAELI WYRSCH LLC

/s/ James R. Wyrsch
James R. Wyrsch
911 Washington Ave., Suite 211
St. Louis, MO 63101
(314) 288-0766
james.wyrsch@kwlawstl.com

***Attorney for Plaintiff***