**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries

PLAINTIFF'S EXHIBIT A

**03/20/2025**

**Notice to Take Deposition**
Notice of Deposition; Electronic Filing Certificate of Service.
**Filed By:** JAMES R WYRSCH Jr

**Pre-trial Conference Scheduled**

**Scheduled For:** 03/28/2025; 8:30 AM; JOHN N. BORBONUS III ; St Louis County

**Hearing Continued/Rescheduled**

**Associated Entries: 01/03/2025 - Hearing Continued/Rescheduled**
**Associated Entries: 01/03/2025 - Pre-trial Conference Scheduled**
**Hearing Continued From:** 03/27/2025; 1:00 PM Pre-trial Conference

**Order**
All matters currently set for March 27, 2025, including the Pre-trial conference, are reset for March 28, 2025 at 8:30 a.m. SO ORDERED: JUDGE JOHN N. BORBONUS

**03/19/2025**

**Response Filed**
Response in Opposition to Plaintiffs Motion to Quash and for Protective Order; Electronic Filing Certificate of Service.
**Filed By:** COREY LEE KRAUSHAAR
**On Behalf Of:** WEIHE ENGINEERS, INC.

**03/18/2025**

**Memo of Law in Suppt of Filed**
Memorandum in Support of Motion to Strike Jury Demand; Electronic Filing Certificate of Service.
**Filed By:** JAMES R WYRSCH Jr
**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**Motion to Strike**
Motion to Strike Jury Demand; Exhibit 1 - Promissory Note; Electronic Filing Certificate of Service.
**Filed By:** JAMES R WYRSCH Jr
**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**Memo of Law in Suppt of Filed**
Memorandum of Law in Support of Motion to Quash and for Protective Order; Electronic Filing Certificate of Service.
**Filed By:** JAMES R WYRSCH Jr
**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**Motion to Quash**
Motion to Quash and for a Protective Order; Electronic Filing Certificate of Service.
**Filed By:** JAMES R WYRSCH Jr
**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**03/14/2025**

**Notice of Hearing Filed**
Notice of Hearing on Plaintiffs Motion for Sanctions; Electronic Filing Certificate of Service.
**Filed By:** JAMES R WYRSCH Jr
**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**Notice to Take Deposition**
Notice of Depostion; Deposition subpoena; Electronic Filing Certificate of Service.
**Filed By:** COREY LEE KRAUSHAAR
**On Behalf Of:** WEIHE ENGINEERS, INC.

**Notice to Take Deposition**
Notice of custodian of records for Rise Community; Deposition subpoena; Electronic Filing Certificate of Service.
**Filed By:** COREY LEE KRAUSHAAR
**On Behalf Of:** WEIHE ENGINEERS, INC.

**Notice to Take Deposition**
Notice of custodian of records for civil design; Deposition subpoena; Electronic Filing Certificate of Service.
**Filed By:** COREY LEE KRAUSHAAR
**On Behalf Of:** WEIHE ENGINEERS, INC.

**Notice to Take Deposition**
Notice of corp rep of Rise Community deposition; Deposition subpoena; Electronic Filing Certificate of Service.
**Filed By:** COREY LEE KRAUSHAAR
**On Behalf Of:** WEIHE ENGINEERS, INC.

**Notice to Take Deposition**
Notice of corp rep of Civil Design deposition; Deposition subpoena; Electronic Filing Certificate of Service.
**Filed By:** COREY LEE KRAUSHAAR
**On Behalf Of:** WEIHE ENGINEERS, INC.

**Notice to Take Deposition**
Amended Notice of Deposition of plaintiff; Electronic Filing Certificate of Service.
**Filed By:** COREY LEE KRAUSHAAR
**On Behalf Of:** WEIHE ENGINEERS, INC.

**03/13/2025**

**Other Proposed Document Filed**
Defendants Proposed Jury Instructions; Electronic Filing Certificate of Service.
**Filed By:** COREY LEE KRAUSHAAR
**On Behalf Of:** WEIHE ENGINEERS, INC.

**Motion In Limine**
Defendants Motions in Limine; Memorandum in Support of Motions in Limine; Electronic Filing Certificate of Service.
**Filed By:** COREY LEE KRAUSHAAR
**On Behalf Of:** WEIHE ENGINEERS, INC.

**Motion for Sanctions**
Motion for Sanctions; Electronic Filing Certificate of Service.
**Filed By:** JAMES R WYRSCH Jr
**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**Motion In Limine**
Motion in Limine; Electronic Filing Certificate of Service.
**Filed By:** JAMES R WYRSCH Jr
**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**01/03/2025**

**Jury Trial Scheduled**

**Scheduled For:** 04/07/2025; 9:00 AM; JOHN N. BORBONUS III ; St Louis County

**Hearing Continued/Rescheduled**

**Associated Entries: 09/24/2024 - Jury Trial Scheduled**
**Hearing Continued From:** 01/27/2025; 9:00 AM Jury Trial

**Pre-trial Conference Scheduled**

**Associated Entries: 03/20/2025 - Hearing Continued/Rescheduled**
**Scheduled For:** 03/27/2025; 1:00 PM; JOHN N. BORBONUS III ; St Louis County

**Hearing Continued/Rescheduled**

**Associated Entries: 09/24/2024 - Hearing Continued/Rescheduled**
**Associated Entries: 09/24/2024 - Pre-trial Conference Scheduled**
**Associated Entries: 03/20/2025 - Hearing Continued/Rescheduled**
**Hearing Continued From:** 01/23/2025; 1:00 PM Pre-trial Conference

**Order**
This cause is removed from the pre-trial conference docket of January 23, 2025 and the trial docket of January 27, 2025. Cause is reset for a jury trial on April 7, 2025 at 9:00 a.m. A pretrial conference will be held on March 27, 2025 at 1:00 p.m. A panel of 40 Venireperson is requested. SO ORDERED: JUDGE JOHN N. BORBONUS

**Memorandum Filed**
Pursuant to Supreme Court Rule 65.03, the attoraneys below certify that each party to this joint motion to continue the trial date have been consulted regarding the motion and its contents. Both parties consent to the trial date.

**01/02/2025**

**Notice of Hearing Filed**
Notice of Hearing; Electronic Filing Certificate of Service.
**Filed By:** JAMES R WYRSCH Jr
**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**12/30/2024**

**Motion for Continuance**

Joint Motion to Continue Trial Date; Electronic Filing Certificate of Service.

**Filed By:** JAMES R WYRSCH Jr

**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**Cert Serv of Interrog Filed**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** COREY LEE KRAUSHAAR

**On Behalf Of:** WEIHE ENGINEERS, INC.

**12/27/2024**

**Notice to Take Deposition**

Notice of Deposition of William Massmann; Electronic Filing Certificate of Service.

**Filed By:** COREY LEE KRAUSHAAR

**On Behalf Of:** WEIHE ENGINEERS, INC.

**Notice to Take Deposition**

Notice of Deposition of Plaintiff; Electronic Filing Certificate of Service.

**Filed By:** COREY LEE KRAUSHAAR

**On Behalf Of:** WEIHE ENGINEERS, INC.

**09/24/2024**

**Jury Trial Scheduled**

**Associated Entries: 01/03/2025 - Hearing Continued/Rescheduled**

**Scheduled For:** 01/27/2025; 9:00 AM; JOHN N. BORBONUS III ; St Louis County

**Pre-trial Conference Scheduled**

**Associated Entries: 01/03/2025 - Hearing Continued/Rescheduled**

**Scheduled For:** 01/23/2025; 1:00 PM; JOHN N. BORBONUS III ; St Louis County

**Hearing Continued/Rescheduled**

**Associated Entries: 09/17/2024 - Motion Hearing Scheduled**

**Associated Entries: 01/03/2025 - Hearing Continued/Rescheduled**

**Hearing Continued From:** 09/24/2024; 8:30 AM Motion Hearing

**Order**

This cause is set for a jury trial on January 27, 2025, at 9:00 a.m. A Pretrial Conference will be held on January 23, 2025, at 1:00 p.m. A panel of 40 Venireperson is requested. SO ORDERED: JUDGE JOHN N. BORBONUS

**Filed By:** JOHN N. BORBONUS III

**On Behalf Of:** JOHN N. BORBONUS III

**09/17/2024**

**Motion Hearing Scheduled**

**Associated Entries: 09/17/2024 -**

**Notice of Hearing Filed**

**+**

**Associated Entries: 09/24/2024 - Hearing Continued/Rescheduled**

**Scheduled For: 09/24/2024; 8:30 AM; JOHN N. BORBONUS III ; St Louis County**

**Note to Clerk eFiling**

**Filed By:** JAMES R WYRSCH Jr

**Notice of Hearing Filed**

Notice of Case Management Conference; Electronic Filing Certificate of Service.

**Filed By:** JAMES R WYRSCH Jr

**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**Associated Entries: 09/17/2024 - Motion Hearing Scheduled**

**07/15/2024**

**Answer Filed**

Answer to Counterclaim and Affirmative Defenses; Electronic Filing Certificate of Service.

**Filed By:** JAMES R WYRSCH Jr

**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**05/31/2024**

**Answer Filed**

Defendants Answer, Affirmative Defenses, and Counterclaim; Electronic Filing Certificate of Service.

**Filed By:** JAMES MITCHEL SMART

**On Behalf Of:** WEIHE ENGINEERS, INC.

**05/28/2024**

**Motion for Extension of Time**

Motion for Extension of Time; Electronic Filing Certificate of Service.

**Filed By:** JAMES MITCHEL SMART

**On Behalf Of:** WEIHE ENGINEERS, INC.

**05/21/2024**

**Entry of Appearance Filed**

Entry of Appearance of Corey L.Kraushaar; Electronic Filing Certificate of Service.

**Filed By:** COREY LEE KRAUSHAAR

**On Behalf Of:** WEIHE ENGINEERS, INC.

**05/02/2024**

**Corporation Served**

Document ID - 24-SMCC-3295; Served To - WEIHE ENGINEERS, INC.; Served Date - 04/25/2024; Served Time - 11:30:00; Service Type - SP; Reason Description - SERV; Service Text -DELIVERD TO LAURNE SHIPLEY / AUTH. AGENT

**Notice of Service**

Return of Service on Weihe Engineers Inc..

**Filed By:** JAMES R WYRSCH Jr

**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**04/18/2024**

**Summons Issued-Circuit**

Document ID: 24-SMCC-3295, for WEIHE ENGINEERS, INC. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**04/12/2024**

**Motion Special Process Server**

Request for Appointment of Process Server.

**Filed By:** JAMES R WYRSCH Jr

**On Behalf Of:** MASSMANN & ASSOCIATES, LLC

**Judge/Clerk - Note**

NO SUMMONS ISSUED DUE TO INCORRECT SPECIAL PROCESS SERVER FORM BEING FILED ( A "CITY OF ST LOUIS" FORM WAS FILED IN ERROR). THE SPECIAL PROCESS SERVER FORM MUST BE THE "SAINT LOUIS COUNTY" APPROVED FORM. ONCE CORRECT SPS FORM IS FILED (INCLUDING BOTH PAGES AND THE ATTORNEY'S ELECTRONIC OR PHYSICAL SIGNATURE), CONTACT THE CLERK AT 314-615-8470 SO THE SUMMONS CAN BE ISSUED. Per Local Rule 28 (E), you must submit the "Request for Appointment of Process Server" form, which can be found on the St. Louis County Court's Web Site.

**Judge Assigned**

DIV 6

**04/11/2024**

**Filing Info Sheet eFiling**

**Filed By:** JAMES R WYRSCH Jr

**Note to Clerk eFiling**

**Filed By:** JAMES R WYRSCH Jr

**Pet Filed in Circuit Ct**

Petition; Exhibit 1 - Promissory Note; Request for Appointment of Process Server.

**Filed By:** JAMES R WYRSCH Jr

**On Behalf Of:** MASSMANN & ASSOCIATES, LLC