---

**Subject:** Re: eService - 24SL-CC01673 - MASSMANN & ASSOCIATES, LLC V WEIHE ENGINEERS, INC., St Louis County - Circuit Court
**Date:** Tuesday, March 25, 2025 at 3:53:35 PM Central Daylight Time
**From:** James Wyrsch
**To:** Kraushaar, Corey, Smart, James

Corey and Jim,

Please let me know by 5 pm whether you will dismiss your removal.

James Wyrsch
Khazaeli Wyrsch LLC
911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0766

This message, including attachments, is from the law firm of Khazaeli Wyrsch LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-288-0777. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.

---

**From:** James Wyrsch <james.wyrsch@kwlawstl.com>
**Date:** Tuesday, March 25, 2025 at 3:44 PM
**To:** Kraushaar, Corey <ckraushaar@bjpc.com>, Smart, James <jsmart@bjpc.com>
**Subject:** FW: eService - 24SL-CC01673 - MASSMANN & ASSOCIATES, LLC V WEIHE ENGINEERS, INC., St Louis County - Circuit Court

Corey and Jim,

That was a global settlement offer to resolve the entire amount of owed debt. As we made clear in our petition, the amount in dispute *in this case* is $65,000 plus interest. You cannot use a global settlement offer as a basis for removal.

Please dismiss your removal before we seek fees, costs, and sanctions for improper removal.

James Wyrsch
Khazaeli Wyrsch LLC
911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0766

PLAINTIFF'S EXHIBIT
B

This message, including attachments, is from the law firm of Khazaeli Wyrsch LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-288-0777. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.

---

**From:** Missouri Courts eFiling System <mocourts.efiling@courts.mo.gov>
**Date:** Tuesday, March 25, 2025 at 3:38 PM
**To:** Missouri Courts eFiling Subscriber <mocourts.efiling@courts.mo.gov>
**Cc:** James Wyrsch <james.wyrsch@kwlawstl.com>, 21st Judicial Circuit (St. Louis County) <slc.efiling@courts.mo.gov>
**Subject:** eService - 24SL-CC01673 - MASSMANN & ASSOCIATES, LLC V WEIHE ENGINEERS, INC., St Louis County - Circuit Court

This e-mail is service upon you under Rule 103.08 of the following document(s).

Corey L Kraushaar submitted the following for filing in the case listed below on **3/25/25** at **3:37 PM**.

| | |
|---|---|
| **Case Number** | **24SL-CC01673** |
| **Case Description** | **MASSMANN & ASSOCIATES, LLC V WEIHE ENGINEERS, INC.** |

**Document(s):**

| | |
|---|---|
| **Document Category and Type** | **Notice of/to – Notice (other)** |
| **Document Title** | Notice of Removal |
| **Attachment(s)** | Exhibit A |
| **Filed On Behalf Of** | **WEIHE ENGINEERS, INC.** |

To view or save a document, click one of the hyperlinks above. The document title hyperlink will open the document directly until it is accepted for filing by the court. After that time, you will have to login to Case.net and use the case number link to view the document.

NOTE: If the case or document contains confidential information, you may not be able to view the document or case through the links provided. In the event you are unable to view information electronically, the court will provide a paper copy for your records.

Click here for the **Missouri eFiling System**.

Click here for **Manage My Case**.

This e-mail is auto generated. Please do not respond. **If you have a concern with this filing, please contact the court.** If you need technical assistance, please contact the Office of State Courts Administrator Help Desk at osca.help.desk@courts.mo.gov or toll-free by phone at 1(888)541-4894. The Help Desk is available 7:30 a.m. to 5:00 p.m. Monday through Friday, excluding state holidays.