**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MASSMANN & ASSOCIATES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:25-cv-00378 |
| | ) | |
| WEIHE ENGINEERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF WILLIAM MASSMANN ON BEHALF OF MASSMANN & ASSOCIATES, LLC**

1. My name is William Massmann, and I am the sole owner of Massmann & Associates, LLC.

2. On August 3, 2022, Weihe Engineers, Inc. ("Weihe") delivered a promissory note ("Note") to Massmann & Associates in the amount of $284,635.36.

3. Beginning on March 13, 2023, Weihe ceased making the required payments and was in default.

4. On April 11, 2024, Massmann & Associates filed suit to recover the missed payments from March 2023 to March 2024. *See Massmann & Associates, LLC v. Weihe Engineers, Inc.*, No. 24SL-CC01673 (Mo. Cir. Ct., St. Louis County) ("Lawsuit").

5. The missed payments equaled $65,000 plus interest.

6. In the Petition, Massmann & Associates expressly stated that it sought "compensatory damages together with interest thereon but in an amount not to exceed $75,000."

7. On March 24, 2025, counsel for Weihe requested that Massmann & Associates make a demand.

PLAINTIFF'S EXHIBIT
C

8. Massmann & Associates made a global demand for all outstanding debt of $133,125. This includes the amount in controversy in the Lawsuit, and payments that are not yet the subject of any suit.

9. Massmann & Associates reaffirms in that in the Lawsuit, it does not and will not seek any damages beyond the missed payments from March 2023 to March 2024 and will not seek damages greater than or equal to $75,000.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

March 25, 2025
Dated

William Massmann (Mar 25, 2025 19:25 CDT)
Massmann & Associates, LLC

By William Massmann, Owner

# Massmann Declaration (54036.v1)

Final Audit Report 2025-03-26

| | |
|---|---|
| Created: | 2025-03-26 |
| By: | James Wyrsch (james.wyrsch@kwlawstl.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAARyl7jTdKywD3P-OKkXxTf-9XFATm54tZ |

## "Massmann Declaration (54036.v1)" History

Document created by James Wyrsch (james.wyrsch@kwlawstl.com)
2025-03-26 - 0:09:35 AM GMT

Document emailed to William Massmann (wmassman@swbell.net) for signature
2025-03-26 - 0:09:40 AM GMT

Email viewed by William Massmann (wmassman@swbell.net)
2025-03-26 - 0:24:04 AM GMT

Document e-signed by William Massmann (wmassman@swbell.net)
Signature Date: 2025-03-26 - 0:25:11 AM GMT - Time Source: server

Agreement completed.
2025-03-26 - 0:25:11 AM GMT